■ NELLIE J. WILLIAMS, Appellant, v PRETSCH & MAINETTI, Respondent, et al., Defendant.—Mikoll, J. Appeal from an order of the Supreme Court at Special Term (Cholakis, J.), entered February 4, 1985 in Ulster County, which granted defendant Pretsch & Mainetti's motion for summary judgment dismissing the complaint against it.

Special Term granted summary judgment to defendant Pretsch & Mainetti, one of two law firms sued by plaintiff for malpractice. Pretsch & Mainetti secured a default judgment for plaintiff against a G. Thomas Rea, Jr., for $125,000. Rea then filed a bankruptcy petition in the United States Bankruptcy Court. Pretsch & Mainetti referred plaintiff to defendant Chester Krom to pursue the action in Bankruptcy Court, the forum in which the alleged malpractice took place. Pretsch & Mainetti, as the firm referring plaintiff to Krom, was held by Special Term not to be responsible for the subsequent malpractice allegedly perpetrated by Krom. We concur with that opinion *(see, Broadway Maintenance Corp. v Tunstead & Schechter,* 110 AD2d 587).

Order affirmed, without costs. Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.